UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CR-801 CEJ |
| ) | |
| MATTHEW A. SUSCHANKE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge Frederick R. Buckles for determination and recommended disposition, where appropriate.  On May 27, 2010, Judge Buckles issued a Report and Recommendation with respect to the motion of defendant Matthew Suschanke to suppress statements and the motion of the United States for pretrial determination of the admissibility of statements.  The defendant filed no objections to the Report and Recommendation, even though he requested and was granted an extension of time in which to do so.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Matthew A. Suschanke to suppress statements [Doc. # 39] is **denied**.

**IT IS FURTHER ORDERED** that the motion of the United States for pretrial determination of the admissibility of the defendants' statements [Doc. #29] is **denied**

**as moot** as to defendant Alan Suschanke and is **granted** as to defendant Matthew A. Suschanke.

> _____
> CAROL E. JACKSON
> UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2010.